An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NORRIS COIT,
Appellant,
vs.
WELLS FARGO BANK, N.A., ITS
ASSIGNEES AND/OR SUCCESSORS,
Respondent.

No. 66379

**FILED**

DEC 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order dismissing an appeal from a justice court order and declining to convert the justice court appeal into a writ petition.

When our preliminary review of the documents before this court revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, we explained, district courts have final appellate jurisdiction over cases arising in the justice courts, Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969), and the district court declined to convert appellant's justice court appeal into a writ petition.

Thereafter, appellant's counsel filed a suggestion of death on the record, informing this court that appellant passed away on July 22, 2014. No personal representative for appellant has moved to be substituted in as appellant in this matter. *See* NRAP 43(a)(1) (providing that if a party dies after an appeal is docketed, the decedent's personal representative may move to substitute in, and "[i]f the decedent has no representative, any party may suggest the death on the record, and the

14-40914

court may then direct appropriate proceedings"). Accordingly, and as we lack jurisdiction, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Nathan Tod Young, District Judge
      T M Pankopf PLLC
      Smith Larsen & Wixom
      Douglas County Clerk